

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00056-CV

**MARC III GENERAL CONTRACTORS LLC**,
Appellant

v.

Denis **MEJIA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08438
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment dated October 30, 2013 is VACATED, this appeal is DISMISSED, and the cause REMANDED to the trial court for proceedings consistent with the parties' settlement agreement.

Costs are assessed against the party that incurred them.

SIGNED July 2, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice